# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODRIGUEZ, | CV F 04-5530 DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL |
| v. | |
| A.K. SCRIBNER, | [Doc. 33] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 28, 2007, the Court denied the instant petition for writ of habeas corpus on the merits and judgment was entered in favor of Respondent. (Court Docs. 31, 32.)

On September 10, 2007, Petitioner filed a motion "for extension of time in opposition to the Magistrate Judge's Ruling and Recommendation." (Court Doc. 33.) Because both parties consented to Magistrate Judge jurisdiction, the Court's order of August 28, 2007, was a final order resolving the instant petition. Accordingly, Petitioner is not entitled to file objections to the August 28, 2007, order. The Court will therefore construe Petitioner's motion as an extension of time to file a notice of appeal with the United States Court of Appeals for the Ninth Circuit.

A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A). However, the district court may extend

1  time to file a notice of appeal if a party moves no later than 30 days after the time for filing a
2  notice of appeal expires, and the party shows excusable neglect or good cause.  See FRAP
3  4(a)(5)(A).  In his motion to extend time, petitioner shows good cause for the extension, citing
4  delays caused by prison schedules over which he has no control, and requests an extension to and
5  including October 15, 2007.  Accordingly, good cause having been presented to the court, and
6  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner's motion to extend
7  time to file the appeal is GRANTED, and a notice of appeal shall be filed on or before October
8  15, 2007.
9       IT IS SO ORDERED.
10     Dated:   **September 14, 2007**            _____/s/ **Dennis L. Beck**_____
                                                  UNITED STATES MAGISTRATE JUDGE