1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

VICTOR RODRIGUEZ,                                    CV F 04-5530 DLB HC

                          Petitioner,          ORDER DECLINING TO ISSUE
                                               CERTIFICATE OF APPEALABILITY

        v.                                     [Doc. 35]

A.K. SCRIBNER,

                          Respondent.
_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

        On August 28, 2007, the undersigned denied Petitioner's amended petition for writ of

habeas corpus and judgment was entered in favor of Respondent the same day.[1]   On October 17,

2007, Petitioner filed a notice of appeal and requested that the Court issue a Certificate of

Appealability.  A state prisoner seeking a writ of habeas corpus has no absolute entitlement to

appeal a district court's denial of his petition, and an appeal is only allowed in certain

circumstances.  Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).  The controlling statute in

determining whether to issue a certificate of appealability is 28 U.S.C. § 2253, which provides as

follows:

        (a) In a habeas corpus proceeding or a proceeding under section 2255 before a

        district judge, the final order shall be subject to review, on appeal, by the court

_____

        [1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented to the jurisdiction of the United States
Magistrate Judge.

1

of appeals for the circuit in which the proceeding is held.

   (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.

(c)    (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from–

      (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or

      (B) the final order in a proceeding under section 2255.

   (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

   (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

     If a court denies a petitioner's petition, the court may only issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S. 473, 484 (2000).  While the petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part." Miller-El, 123 S.Ct. at 1040.

     In the present case, the Court finds that reasonable jurists would not find the Court's determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further.  Petitioner has not made the required substantial showing of the denial of a constitutional right.  Accordingly, the Court hereby DENIES Petitioner's motion for certificate of appealability.

     IT IS SO ORDERED.

**Dated:   October 30, 2007**            **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE